IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CR-00283-15/16-BCW |
| | ) | |
| HUSAM ELMASRI, | ) | |
| JEFFREYE HINES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #245) denying Defendant Hines' motion to sever (Doc. #184) and Defendant Elmasri's motions to dismiss (Doc. #187), for severance (Doc. #178), and for a separate jury to hear his case (Doc. #189).  Defendant Elmasri filed objections (Doc. #270) to the Report and Recommendation.  After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Maughmer's findings of fact and conclusions of law.  Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #245), Defendant Hines' motion to sever (Doc. #184) and Defendant Elmasri's motion to dismiss (Doc. #187), motion for severance (Doc. #178), and alternative motion for a separate jury to hear his case (Doc. #189) are DENIED.  It is further

ORDERED that Magistrate Judge Maughmer's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: November 26, 2013           /s/ Brian C. Wimes
                                   JUDGE BRIAN C. WIMES
                                   UNITED STATES DISTRICT COURT